UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD D. QUINN IV and MICHELLE M. QUINN,<br><br>Plaintiffs,<br><br>v.<br><br>TD BANK, N.A.,<br><br>Defendant. | Civil Action No.: 1:25-cv-14335-ESK-SAK<br><br>**ANSWER TO PLAINTIFFS' COMPLAINT WITH SEPARATE AND AFFIRMATIVE DEFENSES** |

Defendant, TD Bank, N.A. ("TD Bank"), by and through its attorneys, Brown & Connery, LLP, answers the Complaint of Plaintiffs, Edward D. Quinn IV and Michelle M. Quinn (collectively, "Plaintiffs"), as follows:

## THE PARTIES

1. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

2. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

3. TD Bank admits only that it is a national banking association, and denies the remaining allegations of this paragraph.

1

## **FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

4. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, the referenced Home Equity Line of Credit Agreement & Disclosure Statement is a document, the terms of which speak for themselves.

5. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, the referenced mortgage is a document, the terms of which speak for themselves.

6. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

7. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

8. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

9. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

10. TD Bank admits that there were one or more defaults on the mortgage loan. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies the allegations.

11. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

12. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

13. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

14. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

15. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

16. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

17. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

18. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

19. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

20. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

21. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies

the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

22. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

23. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

24. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

25. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

26. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies

the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

27. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

28. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

29. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

30. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

31. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

32. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

33. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

34. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

35. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

36. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

37. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

38. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced document.

## **FIRST COUNT**

### **(Breach of Contract)**

39. TD Bank hereby incorporates by reference its responses to the foregoing paragraphs of the Complaint as if set forth here in full.

40. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

41. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

42. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

43. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

## COUNT TWO

### (Covenant of Good Faith and Fair Dealing)

44. TD Bank hereby incorporates by reference its responses to the foregoing paragraphs of the Complaint as if set forth here in full.

45. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

46. Denied.

47. Denied.

48. Denied.

## COUNT THREE

### (Specific Performance)

49. TD Bank hereby incorporates by reference its responses to the foregoing paragraphs of the Complaint as if set forth here in full.

50. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies

the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced documents.

51. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

52. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced documents.

53. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, TD Bank denies Plaintiffs' characterization of the referenced documents.

54. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

55. Denied.

56. Denied.

## **COUNT FOUR**

**(New Jersey Consumer Fraud Act)**

57. TD Bank hereby incorporates by reference its responses to the foregoing paragraphs of the Complaint as if set forth here in full.

58. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

59. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

60. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

61. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, the referenced mortgage is a document, the terms of which speak for themselves.

62. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies

the allegations. By way of further response, the terms of the referenced document speak for themselves.

63. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, the terms of which speak for themselves.

64. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations. By way of further response, the terms of the referenced document speak for themselves.

65. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

66. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

67. This paragraph states conclusions of law to which no response is required. To the extend a response is required, TD Bank denies the allegations of this paragraph.

68. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

69. Denied.

70. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

71. TD Bank is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the allegations.

72. Denied.

73. Denied.

**WHEREFORE**, TD Bank hereby demands judgment dismissing Plaintiffs' Complaint against TD Bank in its entirety and further awarding costs, attorneys' fees, and such other relief as deemed appropriate by the Court.

## **SEPARATE AND AFFIRMATIVE DEFENSES**

By way of further answer and defense, TD Bank, by and through its counsel, pleads the following affirmative defenses. By setting forth these defenses, TD Bank does not assume the burden of proof or persuasion on any fact, issue, or element where such burden properly belongs to Plaintiffs. Moreover, TD Bank does not intend these defenses to be, nor shall they be construed as, an acknowledgement that any particular issue or subject matter is relevant to Plaintiffs' allegations. Upon completion of discovery, if the facts warrant, TD Bank may withdraw, amend, or supplement any defense as may be appropriate. TD Bank reserves the right to (i) rely on all other defenses that may become apparent during fact or expert discovery in this matter, and (ii) amend this pleading to assert all such defenses.

1.  Plaintiffs' Complaint fails, in whole or in part, to state a claim upon which relief may be granted.

2.  Plaintiffs' claims are barred or preempted by provisions of the Truth in Lending Act.

3.  Plaintiff does not meet the heightened pleading standard for a fraud claim.

4.  Plaintiffs' Complaint does not include allegations amounting to bad faith or improper motive.

5.  Plaintiffs' Complaint fails due to application of the statute of frauds.

6. Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations, repose and/or prescriptive periods.

7. The damages alleged in the Complaint are barred, in whole or in part, by the doctrines of laches, wavier, estoppel, ratification, release, compensation, preemption, final payment, recoupment or set-off.

8. Plaintiffs' claims are barred, in whole or in part, by the entire controversy doctrine.

9. Plaintiffs' claims are barred, in whole or in part, by the doctrines of res judicata and/or collateral estoppel.

10. Plaintiffs lack standing to assert the claims set forth in the Complaint.

11. TD Bank has complied with all applicable federal and state statutes and regulations.

12. Some or all of the claims in the Complaint are barred or limited by certain provisions of agreements between the parties.

13. TD Bank has exercised ordinary care and good faith, and it acted in a commercially reasonable manner.

14. To the extent that TD Bank engaged in any alleged conduct as set forth in the Complaint, TD Bank was justified in so acting and did so with legal cause and in good faith.

15. Plaintiffs' claims are barred, in whole or in part, by the doctrine of unjust enrichment.

16. Plaintiffs have failed to mitigate their damages, if any damages were suffered.

17. The damages alleged in the Complaint were caused or contributed to, in whole or in part, by the Plaintiffs' own conduct.

18. The damages alleged in the Complaint were caused or contributed to, in whole or in part, by the conduct of other persons over whom TD Bank has no control, and for whose acts and/or omissions TD Bank bears no responsibility or liability.

19. TD Bank has satisfied and discharged each and every obligation, if any, owed to Plaintiffs.

20. TD Bank did not owe Plaintiffs any legal duty under the applicable laws.

21. To the extent that TD Bank owed Plaintiffs a legal duty, TD Bank did not breach that duty.

22. Plaintiffs have not suffered damages as a result of any alleged act or omission of TD Bank.

23. To the extent the Court deems any damages allegedly incurred or to be incurred by Plaintiffs to be recoverable, and to the extent the harm is distinct and

divisible and a reasonable basis for apportioning liability on legal and equitable principles exists, TD Bank may be liable, if at all, for only that portion of the harm it is determined by the finder of fact to have caused.

## RESERVATION OF RIGHTS

TD Bank reserves the right to assert additional defenses and/or supplement, alter, amend, or change its answers upon completion of appropriate investigation and discovery.

## CERTIFICATION PURSUANT TO LOC. CIV. R. 11.2

The undersigned certifies, according to Loc. Civ. R. 11.2, that to the best of her knowledge, there are no other proceedings either pending or contemplated with respect to the matter in controversy in this action and that, at this time, there are no other parties known who should be joined in this action.

Respectfully submitted,

**BROWN & CONNERY, LLP**
*Attorneys for Defendant,*
*TD Bank, N.A.*

Dated:  September 12, 2025        By:   */s/ Jennifer A. Harris*
                                         Jennifer A. Harris